```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHAEL CRUZ,                                                 :
                                                            :
                          Plaintiff,                        :
                                                            :           21-cv-10002 (VSB)
             -against-                                      :
                                                            :              ORDER
EXPAND FOOD USA LLC,                                        :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on November 24, 2021, (Doc. 1), and filed an affidavit of service on February 7, 2022, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was January 20, 2022.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 1, 2022.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   February 15, 2022
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge